In the Matter of the Claim of Graziano M. Mandatto, Respondent, against Hudson Shoring Company et al., Appellants.

State Industrial Commission, Respondent.

*Workmen's Compensation Law — when independent contractor who is injured while assisting another contractor, at its request, in doing its work, not entitled to compensation as an employee of latter contractor.*

*Mandatto* v. *Hudson Shoring Co.*, 190 App. Div. 71, reversed.

(Argued October 4, 1920; decided October 19, 1920.)

Appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 3, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. The claimant was an independent contractor, who had a contract to make an excavation which he was performing through his own labor and that of his men, by the use of a derrick, a gas engine and other equipment. He was asked by the Hudson Shoring Company, which also had a contract relating to the same job, to assist with his derrick in lifting a timber for that company. The claimant complied with the request, and in the course of lifting the timber, caught his foot in a rope and was injured. Appellants contended that the claimant was not, at the time of receiving the injury, an employee of the defendant, the Hudson Shoring Company, but was an independent contractor.

*E. C. Sherwood, William B. Davis* and *Benjamin C. Loder* for appellants.

*James C. Danzilo* for claimant, respondent.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order of Appellate Division and award of the state industrial commission reversed and claim dismissed,

with costs against the state industrial commission, on the dissenting opinion of HENRY T. KELLOGG, J., below.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.